Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
1106 Brook Ave
Wichita Falls TX  76301
(940)-723-0099
(940)-723-0096 Fax

```
                IN THE UNITED STATE BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF TEXAS
                        WICHITA FALLS DIVISION
```

| | | |
|---|---|---|
| IN RE: | § | CASE NO.09-70408-HDH |
| Delbert Lee Lewis | § | |
| and | § | CHAPTER 13 |
| Shirley Don Lewis | § | |
| Debtor(s) | § | |
| | § | |

## MOTION TO WAIVE WAGE DIRECTIVE

NOW COMES, Delbert Lee Lewis and Shirley Don Lewis, in the above-styled and numbered cause, and file this Motion to Waive Wage Directive on behalf of Debtor(s), and in support thereof would respectfully show unto the Court as follows:

1. Debtor(s) filed a Chapter 13 Bankruptcy on 8/19/2009.

2. Debtor(s) are asking the Court to waive the requirement of payroll deduction for their Chapter 13 payment. Debtor works for a small egg farm operation in a small town, and feels that his position would be terminated if a wage directive was ordered.

3. Joint Debtor is retired and does not work, however, she receives a reliable, recurring deposit from her son and retirement funds that will cover their plan payment. Debtor(s) are in a 100% plan.

WHEREFORE, Debtor(s) Delbert Lee Lewis and Shirley Don Lewis, pray that the Motion to Waive Wage Directive filed on Behalf of Debtor(s) be granted and for such other and further relief to which said Debtor(s) may be entitled, either at law or in equity.

Respectfully submitted,

/s/Monte J. White, SBN 00785232
Attorney for debtor(s)

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on 8/26/2009 the office of the Chapter 13 Trustee was contacted and this office was advised that the Trustee

☑ does not oppose the motion

☐ opposes the motion

s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

I, Monte J. White, do hereby certify that I served a true and correct copy of the foregoing Motion to the parties listed on the mailing matrix by ECF and/or regular mail on 8/31/2009.

s/Monte J. White
Attorney for Debtor

```
Label Matrix for local noticing          1100 Commerce Street                  Apolovw Valero
0539-7                                   Room 1254                             1300 Green
Case 09-70408-hdh13                      Dallas, TX 75242-1305                 Quanah, TX 79252-6628
Northern District of Texas
Wichita Falls
Thu Aug 27 14:43:57 CDT 2009

Debt Recovery Associat                   HSBC                                  Hardeman Co Appraisal District
111 Smith Hines Rd Ste F                 ATTN: BANKRUPTCY                      PO Box 388
Greenville, SC 29607-5745                PO BOX 5213                           Quanah, TX 79252-0388
                                         Carol Stream, IL 60197-5213


Herring Bank                             IRS Special Procedures                Monte J. White & Associates
1900 Pease St                            1100 Commerce St., Room 951           1106 Brook Ave
Vernon, TX 76384-4608                    Mail Stop 5029 DAL                    Wichita Falls TX 76301-5009
                                         Dallas, TX 75242-1001


Palisad Coll                             Rshk-cbsd                             Wells Fargo
Attention:  Banktruptcy Department       Attn.: Centralized  Bankruptcy        PO Box 60510
PO Box 100018                            PO Box 20507                          Los Angeles, CA 90060-0510
Kennesaw, GA 30156-9204                  Kansas City, MO 64195-0507


Delbert Lee Lewis                        Monte J. White                        Shirley Don Lewis
Box 118                                  Monte J. White & Associates, P.C.     Box 118
Chillicothe, TX 79225-0118               1106 Brook Avenue                     Chillicothe, TX 79225-0118
                                         Hamilton Place
                                         Wichita Falls, TX 76301-5009


UST U.S. Trustee                         Walter 12,13 OCheskey                 End of Label Matrix
1100 Commerce Street                     6308 Iola Avenue                      Mailable recipients    16
Room 976                                 Lubbock, TX 79424-2735                Bypassed recipients     0
Dallas, TX 75242-1011                                                          Total                  16
```